**RECEIVED**
JUN 17 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kenneth Wayne Fernandez  Plaintiff(s),

vs.

21-cv-1433 MJD/ECW

Case No. PK-18-00607
(To be assigned by Clerk of District Court)

Risk Management  Defendant(s).

DEMAND FOR JURY TRIAL

YES ☐   NO ☑

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff  Kenneth Wayne Fernandez
   Name

   Street Address  445 Dorothy Day Place
   County, City  Ramsey   St. Paul
   State & Zip Code  MN   55101
   Telephone Number  N/A

SCANNED
JUN 17 2021
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name: Risk Management

      Street Address: 310 Centennial Office Building

      County, City: Ramsey, St. Paul

      State & Zip Code: MN, 55101

   b. Defendant No. 2

      Name: MCTC

      Street Address: 1501 Hennepin Ave

      County, City: Hennepin, Minneapolis

      State & Zip Code: MN — 55403

   c. Defendant No. 3

      Name: Minneapolis Police

      Street Address:

      County, City:

      State & Zip Code:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. *Personal Injury, Insurance Contract, Medical Malpractice, Review Agency Decision, Real Property, Securities Violation, Trademark, Civil Rights,*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                          State of Citizenship:

   Defendant No. 1:                         State of Citizenship:

   Defendant No. 2:                         State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [✓] Defendant(s) reside in Minnesota    [ ] Facts alleged below primarily occurred in Minnesota
   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Paragraph 1. I was exiting the Parking lot at McTC on 6-18-2018 And the Public Safety System caused a head trauma with vision change & sensitivity to light. T

Paragraph 2. The Risk Management Adjuster Committed Insurance Fraud and Identity theft, copyright infringement, patent infringement, Securities Fraud, Education Discrimination, Quid pro Quo & Hostile work environment, ~~bez~~ and other liabilities. Personal Injury with brain trauma using music injury proceeds and technology with coagulation with ineptitude because my record contract has copyright infringement and the business claim is exhorbitant

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Antitrust payments and Credit in excess of 860,000,000,000,000

4

Signed this ___     day of _____ ____


        Signature of Plaintiff _____

        Mailing Address



        Telephone Number


Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.